MSG/2022R00225

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 22-233 (MAS) |
| | Hon. Michael A. Shipp |
| v. | 18 U.S.C. § 922(g)(1) |
| RICKEY BOONE<br>a/k/a "Ricky Boone" | |

filed 3/31/2022 at 4:21 p.m.

# INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Trenton, charges:

**(Possession of a Firearm by a Convicted Felon)**

On or about January 7, 2022, in Mercer County, in the District of New Jersey and elsewhere, the defendant,

RICKEY BOONE,
a/k/a "Ricky Boone,"

knowing that he had previously been convicted in a court of at least one crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, namely, an FEG P9R 9mm handgun, bearing serial number R36588, and the firearm was in and affecting commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1.  The allegations contained in this Indictment are realleged and incorporated by reference as though set forth in full herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.  Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g), set forth in this Indictment, the defendant,

RICKEY BOONE,
a/k/a "Ricky Boone,"

shall forfeit to the United States any firearms involved in or used in the commission of that offense, including, but not limited to, the FEG P9R 9mm handgun, bearing serial number R36588, seized from the defendant on or about January 7, 2022.

## SUBSTITUTE ASSETS PROVISION

3.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL

███████████████████
FOREPERSON

*Philip R. Sellinger by AZ*

———————————————
PHILIP R. SELLINGER
United States Attorney

3

CASE NUMBER: 22-cr-233

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

RICKEY BOONE
a/k/a "Ricky Boone"

INDICTMENT FOR
18 U.S.C. § 922(g)(1)

PHILIP R. SELLINGER
UNITED STATES ATTORNEY
NEWARK, NEW JERSEY

MICHELLE S. GASPARIAN
ASSISTANT UNITED STATES ATTORNEY
TRENTON, NEW JERSEY