UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable Douglas E. Arpert |
| v. | Crim. No. 22-233 (DEA) |
| RICKY BOONE | **DETENTION ORDER** |

This matter having come before the Court for a bail review hearing on March 23, 2022, on the motion of the Defendant (Benjamin West, Esq., counsel for the Defendant); and the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Ashley Super Pitts, Assistant United States Attorney, appearing) having opposed the motion; and the Court having found that the Defendant poses a danger to the community,

IT IS on this 23rd day of March 2023, ORDERED that the Defendant's motion for bail is DENIED and that the Defendant remain detained without bail pending trial.

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE